UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
March 18, 2013

| | |
|---|---|
| SHANNON W. ROACH )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>FOAM FABRICATORS, INC. )<br>)<br>Defendant ) | Civil Action No.: 4:12-CV-082-TWP-WGH |

## STIPULATION OF DISMISSAL

Comes now the Parties, Plaintiff, Shannon W. Roach. and Defendant, Foam Fabricators, Inc., by counsel, and stipulate that all matters in controversy in the above cause of action, including all claims contained in the Complaint, have been fully compromised and settled.

It is further stipulated that the parties shall pay their own costs.

It is, therefore, stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff, with prejudice.

Having Seen and Agreed:

_/s/ Stewart Abney_
P. Stewart Abney
Abney & McCarty, PLLC
2950 Breckenridge Lane, Ste. 13
Louisville, Kentucky 40220
Counsel for Plaintiff

_/s/ Shannon Roach_
Shannon Roach
Plaintiff

120846 / 1923247-1

_/s/ Laurie Goetz Kemp_
Laurie Goetz Kemp
KIGHTLINGER & GRAY, LLP
3620 Blackiston Blvd., Ste 200
New Albany, IN 47150
Counsel for Defendant